AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All funds on deposit up to a total of $20,000.00 in Truist (formerly BB&T) account number 1340004063162 in the names of Samuel Allen Mouzon and Kimberly Sowers Mouzon | ) ) ) ) ) | Case No.: 1:22MJ47-1 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Middle_____ District of _____North Carolina_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds on deposit up to a total of $20,000.00 in Truist (formerly BB&T) account number 1340004063162 in the names of Samuel Allen Mouzon and Kimberly Sowers Mouzon

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____02/09/2022_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Joe L. Webster_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
 ☐ for _____ days (not to exceed 30)  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  01/26/2022 3:12 pm  _____
                                             *Judge's signature*

City and state:  Durham, NC               Hon. Joe L. Webster, United States Magistrate Judge
                                             *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 1:22MJ47-1 | Date and time warrant executed: 1/27/2022 09:15 AM | Copy of warrant and inventory left with: ASHLEY STRAIGHT |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken:
N/A

(PHC) * THIS WARRANT WAS SERVED ON TXMTS (FORMERLY BB&T) ON JANUARY 27, 2022; AND THE ACCOUNT WILL REMAIN IN THE CUSTODY OF THE FINANCIAL INSTITUTION PENDING THE ADJUDICATION OF ASSET FORFEITURE PROCEEDINGS. * (PHC)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/27/2022

_Executing officer's signature_

AYDIN BASHIRI, SPECIAL AGENT
_Printed name and title_